## TEN (10) DAY NOTICE TO QUIT

TO:  Jose Vivanco and "Jane Doe"
66 North Broadway, Apt 3R
Yonkers, NY 10701

and to any and all persons occupying the premises as hereinafter more full described.

Re: Premises: All rooms, Apartment 3R, in the building known as and located at 66 North Broadway, Yonkers, New York (hereinafter "premises").

**PLEASE TAKE NOTICE**, that you and all other persons occupying the subject premises are required to quit and vacate the premises on or before **October 4, 2006** because Jose Vivanco and "Jane Doe" are in possession of the premises as licensees and your licenses to occupy the premises has expired.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned, Pathways to Housing, Inc., the prior tenant of record and licensor, is commencing a licensee holdover against the licensees, Jose Vivanco and "Jane Doe", by serving the instant 10 day notice to quit with the consent of the Landlord, 66 North Broadway Realty Corp. Pathways to Housing, Inc. is a not-for-profit corporation that provides housing for the homeless and disabled. Jose Vivanco was placed in the premises when he was a client of Pathways to Housing, Inc. "Jane Doe" is also occupying the premises as a licensee of Jose Vivanco. That the license of Jose Vivanco expired due to the fact that he was incarcerated and is no longer a client of Pathways to Housing, Inc. That the license of "Jane Doe" also expired due to the fact that Jose Vivanco was incarcerated and is no longer a client of Pathways to Housing, Inc. In addition, the lease previously issued to Pathways to Housing, Inc., the prior tenant of record expired on February 28, 2005 and they have not renewed the lease. Jose Vivanco and "Jane Doe" have no lease to the premises and have

remained without the prior written consent of Pathways to Housing, Inc.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that you and all other persons so occupying the said premises remove on or before **October 4, 2006**, that being at least ten (10) days following the service of this Notice upon you, and that, upon your failure to so remove and deliver possession thereof, legal proceedings to recover such possession will be commenced against you.

**PLEASE TAKE FURTHER NOTICE**, that this notice is served without prejudice and subject to additional information that may be obtained.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice shall be sent and directed to the below-named attorneys for Pathways to Housing, Inc.

Dated: New York, New York
September 13, 2006

Pathways to Housing, Inc.

By: _____
Anthony Davis, Director of Housing

**Law Office of Heath Gurinsky, PLLC**
**Attorney for Pathways to Housing, Inc.**
**1468 Midland Avenue, 5F**
**Bronxville, NY 10708**
**(914) 699-5986**