# PATHWAYS TO HOUSING

December 14, 2006

This is a letter to express that Mr. Johnny Blackwell will be discharged from Pathways to Housing on December 20, 2006. Mr. Blackwell is being discharged from Pathways for what Pathways believes to be *illegal drug activities in the apartment*. According to Mr. Blackwells use and occupancy agreement he is in violation of

### Section 5 Objectionble Conduct: part A., which states:

*The client shall not engage in any objectionable conduct whatsoever. "Objectionable Conduct" means behavior the client or any guests of the client, which makes, or will make, the Apartment or building dangerous, hazardous, unsanitary and/or detrimental to other tenants or occupants of the building... Any violation of this paragraph shall constitute a substantial breach of this Agreement and will be grounds for immediate termination of this Agreement and eviction from the Apartment.*

### Section 5 Objectionable Conduct: part B and subsection (a) which states:

*B. The following behaviors by the client or any guest of the client in, at or on the Apartment or the building are strictly prohibited and will be grounds for immediate termination of this agreement and eviction from the apartment.*

*(a) The use of, distribution of, or pocession of any illegal drugs (other than authorized prescription drugs), or related paraphernalia;*

We have not evicted Mr. Blackwell immediately due to on going medical conditions of Mr. Blackwell. We have however assisted Mr. Blackwell with attempting to get him adequate and appropriate housing to address his on going psychiatric, medical and substance abuse needs. At this time Mr. Blackwell has refused those services and wishes to procure his own housing.

If you have any further questions in regard to this matter you may contact me at 914-663-4981, ext. 1301.

Respectfully,

*[signature]*

Richard R. Omega II, Team Leader Westchester offices

Westchester Team
54 South 3rd Avenue
Mount Vernon
NY 10550
T (914) 663-4981
F (914) 663-4985