# LAW OFFICE OF HEATH GURINSKY, PLLC

**1468 MIDLAND AVENUE, 5F**
**BRONXVILLE, NY 10708**
**(914) 699-5986-Office**
**(914) 237-5092-Fax**

October 27, 2006

Legal Services of the Hudson Valley
4 Cromwell Place
White Plains, NY 10601
914-949-6213-Fax
Attn: Elwyn Hutter, Esq.

Re:   Pathways to Housing v. Vivanco

Dear Mr. Hutter,

This is in response to your undated letter I received on or about October 5, 2006.

After discussing this case in detail with my client and reviewing all relevant documentation, my client and I have decided to go forward with this action. According to the orientation agreement that governs this program, my client is allowed to terminate your client from the program due to his illegal activity. Contrary to your assertion, there is no hearing process upon his termination. Mr. Vivanco was terminated from the program after he was arrested for illegal activity. He was incarcerated and hospitalized for 5½ months. My client is not allowed to even hold the apartment more than 3 months and can remove your client from the program due to his illegal activity without a hearing process. Your claims that my client is in violation of the shelter plus care mandates and that your client is entitled to a hearing are baseless and without any merit.

Since your client is no longer a client of Pathways to Housing, his license to occupy the premises has expired and he and all occupants must vacate the premises. Since the 10 day notice to quit has expired and your client and all occupants have failed to vacate we will proceed to Court for their eviction.

Sincerely:

Heath Gurinsky

Cc:   Pathways to Housing