UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6604
WP 4

---------------------------------------------------------------x

JOHNNY BLACKWELL, and JOSE VIVANCO

      Plaintiffs      Civil Action No.

  -against-        AFFIDAVIT IN SUPPORT
             OF APPLICATION TO
             PROCEED *IN FORMA PAUPERIS*

PATHWAYS TO HOUSING INC,
NEW YORK STATE OFFICE OF MENTAL HEALTH
WESTCHESTER COUNTY DEPARTMENT OF COMMUNITY MENTAL HEALTH
WHITNEY YOUNG MANOR, L.P.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
NORTH BROADWAY REALTY LLC

      Defendants

---------------------------------------------------------------x

STATE OF NEW YORK   )
COUNT OF WESTCHESTER ) ss:

[Stamp: U.S. DISTRICT COURT FILED JUL 23 2007 S.D. OF N.Y.]

[Handwritten margin note: 7/23/07 IFP granted / plaintiff to file the complaint without fees. So ORDERED: [signature] U.S.D.J. 7/23/07]

JOHNNY BLACKWELL, being duly sworn deposes and says:

1. I am the plaintiff in the above-entitled action. The issue I want to present to the Court are a violation of my right to due process. In support of my motion to proceed without being required to prepay fees and cost or give security therefore, I state that, because of my poverty, I am unable to pay the costs of this action or to give security therefore, and believe that I am entitled to redress.

I swear that the responses which I have made to this questions below, relating to my ability to pay cost of prosecuting this action, are true:

1. Are you currently employed? No

2. Within the past twelve months, have you received income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends, or public assistance, or any other sources? Yes

MICROFILM
JUL 2 2007
USDC

I live in an apartment with my girlfriend in Yonkers, New York. My sole source of income is Supplemental Security Income. I receive $666.31, I pay $231 towards my rent. I am left with $435.31 a month to pay my other monthly expenses, including medications, telephone and food.

3. Do you have a checking or savings account? No

4. Do you own real estate, stocks bonds, notes or other valuable property (excluding ordinary household furnishings and clothing)? No

5. List the person who are dependent upon you for support and state your relationship to those person. None.

6. I pay $231 per month for rent.

I understand that a false statement or answer to any questions in this affidavit will subject me to the penalties of perjury. I declare the foregoing to be true and correct. I have made no prior application for the relief requested.

*Johnny Blackwell*

Sworn to before me this 28th Day of June, 2007

Rebecca E. Goldman, Esq.
Notary Public State of New York
No. 02G06166531
Qualified in Westchester County
Commission Expires 5/21/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHNNY BLACKWELL, and JOSE VIVANCO
                                  Plaintiffs          Civil Action No.

                                                     AFFIDAVIT IN SUPPORT
          -against-                             OF APPLICATION TO
                                                       PROCEED *IN FORMA PAUPERIS*

PATHWAYS TO HOUSING INC,
NEW YORK STATE OFFICE OF MENTAL HEALTH
WESTCHESTER COUNTY DEPARTMENT OF COMMUNITY MENTAL HEALTH
WHITNEY YOUNG MANOR, L.P.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                                  Defendants
------------------------------------------------------------------x
STATE OF NEW YORK          )
COUNT OF WESTCHESTER   ) ss:

    JOSE VIVANCO, being duly sworn deposes and says:

1. I am the plaintiff in the above-entitled action. The issue I want to present to the Court is a violation of my right to due process. In support of my motion to proceed without being required to prepay fees and cost or give security therefore, I state that, because of my poverty, I am unable to pay the costs of this action or to give security therefore, and believe that I am entitled to redress.

I swear that the responses that I have made to this questions below, relating to my ability to pay cost of prosecuting this action, are true:

1. Are you currently employed? No

2. Within the past twelve months, have you received income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends, or public assistance, or any other sources? Yes

I live in an apartment with my girlfriend in Yonkers, New York. My sole source of income is Supplemental Security Income. I receive $700.00, I pay $182 towards my rent. I am left with $518 a month to pay my other monthly expenses, including medications, telephone, utilities and food.

3. Do you have a checking or savings account? Yes, my check is directly deposited into this account.

4. Do you own real estate, stocks bonds, notes or other valuable property (excluding ordinary household furnishings and clothing)? No

5. List the person who are dependent upon you for support and state your relationship to those person. None.

6. I pay $182 per month for rent.

I understand that a false statement or answer to any questions in this affidavit will subject me to the penalties of perjury. I declare the foregoing to be true and correct. I have made no prior application for the relief requested.

*Jose Vivanco*

Sworn to before me on this
29th day of June, 2007

Rebecca E. Goldman, Esq.
Notary Public State of New York
No. 02G06166531
Qualified in Westchester County
Commission Expires 5/21/2011