UNITED STATES DISTRICT COURT FO THE
SOUTHERN DISTRICT OF NEW YORK
Civil Action, Case _____ -"EFC" Case



-------------------------------------------------------------------x
JOHNNY BLACKWELL, and JOSE VIVANCO
                           Plaintiffs

**07 CIV. 6604**

ORDER TO SHOW CAUSE
-against-                           FOR PRELIMINARY INJUCTION
                                                               AND TEPORARY RESTRAINING
                                                                ORDER

PATHWAYS TO HOUSING INC,
NEW YORK STATE OFFICE OF MENTAL HEALTH
WESTCHESTER COUNTY DEPARTMENT OF COMMUNITY MENTAL HEALTH
WHITNEY YOUNG MANOR, L.P.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                           Defendants
-------------------------------------------------------------------x

**WP4**

Upon the affidavits of Johnny Blackwell sworn to 28th day of June, 2007 and Jose Vivanco sworn to 29th day of June, 2007, attorney affirmation, the Plaintiffs' Memorandum of law, and attached exhibits, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 218 United States Courthouse, 300 Quarropas Street, 10601-4150, in the city of White Plains, New York, County of Westchester, and State of New York, on _July 27_ 2007 at _10:00_ o'clock in the _fore_ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure.

    1. enjoining the defendants, Whitney Young Manor L.P., and North Broadway Realty LLC during the pendency of this action from proceeding with any summary proceedings in Yonkers City Court with respect to any of the plaintiffs in this action; and

2. directing the defendants Pathways to Housing to pay all rental arrears and to continue to pay the rent monthly on Plaintiffs behalf to Whitney Young and North Broadway Realty LLC during the pendency of this action; and

3. staying any proceedings, instituted by the defendants Whitney Young Manor, North Broadway Realty Corp. and Pathways to Housing currently pending in Yonkers City Court; and

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injuction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant's Whitney Young Manor, North Broadway Realty LLC, Pathways to Housing Inc. are temporarily restrained and enjoined from (1) proceeding with any summary proceedings in Yonkers City Court with respect to any of the plaintiffs in this action; ~~(2) Pathways to Housing is directed to pay all rental arrears on behalf of the plaintiffs;~~ [Deleted KMK/USDJ]

ORDERED, that sufficient reason having been shown therefore Defendant Pathways to Housing, Inc or other such entity currently charged with the administration of Plaintiffs' Shelter Plus Care subsidy continue to make monthly payments, on behalf of each individual Plaintiff in the amount of plaintiff's Shelter Plus Care subsidy to their respective landlords for the pendency of these proceedings; and it is further

ORDERED, that posting of a bond is not required as plaintiffs in this matter are proceeding as poor persons.

[Handwritten: No prior application for relief requested herein has been made by Plaintiffs]

ORDERED service ~~by overnight mail of~~ *personally* *the summons and complaint and* a copy of this order annexed n affidavits upon the defendants ~~or his/her counsel~~ on or before 4:45 o'clock in the *after* noon, July, 25, 2007, shall be deemed good and sufficient service thereof.

SO ORDERED:

Dated: White Plains, NY
Issued: 1:45 PM

*Issued ex parte in light of the limited preliminary relief granted on 8/25/05*

_____
United States District Judge