

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Deputy Attorney General
State Counsel Division

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8621

July 26, 2007

**BY FAX**
Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    RE: Blackwell v. Pathways to Housing Inc.,
         07 Civ. 6604 (WP4)(GAY)

Your Honor:

    The Office of the Attorney General of the State of New York represents defendant New York State Office of Mental Health ("OMH") in the above-referenced action.

    Yesterday, July 25, 2007, this Office was served with a copy of a signed Order to Show Cause seeking to enjoin defendants Whitney Young Manor L.P. and Pathways to Housing Inc. from evicting plaintiffs from their residences during the pendency of this action. The Order to Show Cause is returnable before this Court tomorrow, July 27, 2007 at 10:00 a.m.

    I write to confirm that defendant OMH takes no position in response to the Order to Show Cause, and no one from this Office will be present tomorrow to answer the Order to Show Cause. Significantly, no relief against OMH is sought in the Order to Show Cause. Also, I am advised by OMH's Office of Counsel that OMH has not been served with either the Complaint or the Order to Show Cause.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us

Respectfully,

*[signature]*

Steven L. Banks
Assistant Attorney General

cc: Legal Services of the Hudson Valley (by fax)

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us

**STATE OF NEW YORK DEPARTMENT OF LAW**     **OFFICE OF ATTORNEY GENERAL ANDREW M. CUOMO**

LITIGATION BUREAU - NEW YORK CITY
DIVISION OF STATE COUNSEL

## FACSIMILE TRANSMISSION COVER SHEET
### IF DIFFICULTIES ARISE IN TRANSMISSION, PLEASE CALL (212) 416-8610

| | | | |
|---|---|---|---|
| To: | **HONORABLE CHARLES L. BRIEANT** | Fax No. | (914) 390-4085 |
| | United States District Judge | Tel No. | (914) 390-4077 |
| | **LEGAL SERVICES OF THE HUDSON VALLEY** | Fax No. | (914) 949-6213 |
| | ATTN: Elwyn Hutter, Esq. | Tel No. | (914) 949-1305 |
| From: | STEVEN L. BANKS, Assistant Attorney General | | |
| | 120 Broadway, 24th Floor, New York, NY 10271 | | |
| Tel No. | (212) 416-8621 | | |
| Fax No. | (212) 416-6075 or 6009 | | |
| Re: | <u>Blackwell v. Pathways</u>, 07 Civ. 6604 (WP4)(GAY) | | |
| Date: | Thursday, July 26, 2007 | Pages (including cover): | 3 |

**CONFIDENTIALITY NOTICE:** This transmission was intended solely for the individual or entity to whom it is addressed and may contain information which is confidential or protected by privilege. If you are not the intended recipient, please contact the sender to arrange for the return or other disposition of the transmission. Pending disposition, you are requested not to review the transmitted materials; not to disclose or distribute them to anyone; and not to make, or allow to be made, any copies thereof. A lawyer may have a professional obligation to avoid examining confidential materials that inadvertently come into his or her possession, and should promptly contact the lawyer from whose office the materials were sent to arrange for their disposition (American Bar Association Formal Opinion 92-368).

Message:     Please see attached letter.