UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHNNY BLACKWELL, and JOSE VIVANCO
                            **Plaintiffs**

              -against-                                    **ORDER FOR ADMISSION**
                                                           **PRO HAC VICE**
                                                           **ON ORAL MOTION**


PATHWAYS TO HOUSING INC,
NEW YORK STATE OFFICE OF MENTAL HEALTH
WESTCHESTER COUNTY DEPARTMENT OF COMMUNITY MENTAL HEALTH
WHITNEY YOUNG MANOR, L.P.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                            **Defendants**
-------------------------------------------------------------X


        Upon the oral motion of Mary Grace Ferone, of counsel to Legal Services of the Hudson
Valley, attorneys for Johnny Blackwell and Jose Vivanco, and said sponsor attorney's affidavit
declaration that applicant Elywn Chase Hutter is a member in good standing of the bar of the
State of New York and that applicant's contact information is as follows:

        Applicant's name:    Elwyn Chase Hutter
        Firm Name:           Legal Services of the Hudson Valley
                             4 Cromwell Place
                             White Plains, New York 10601
                             914-949-1305, x 133 (tel)
                             914-949-6213 ( fax)
                             ehutter@LSHV.org

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
Johnny Blackwell and Jose Vivanco in the above entitled action:

IT IS HEREBY ORDERED that Elwyn Chase Hutter is admitted to practice pro hac vice as
counsel for the above captioned case in the United States district court for the southern district of
New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,
including the Rules governing the discipline of attorneys. If this action is assigned to the
electronic Case Filing ( ECF) system, counsel shall immediately register for an ECF password at
nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the
Court.

Dated: _July 27, 2007_
White Plains, New York

                                              _____
                                              United States District /~~Magistrate~~ Judge